THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONALD SHEU and JUNG OH, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN J. KRAMER and JOHN or JANE DOE, and any marital community composed thereof,<br><br>Defendants. | CASE NO. C18-0362-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to STRIKE all pending motions and deadlines in this matter and to CLOSE this case.

//
//
//
//

MINUTE ORDER
C18-0362
PAGE - 1

DATED this 18th day of July 2018

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER
C18-0362
PAGE - 2